UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 24-CR-00483 (JEB) |
| JOSEPH CATTANI, | : |
| Defendant. | : |

## ORDER

Pursuant to the motion filed by the United States, ECF 35, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

SO ORDERED this 21st day of Jan., 2025.

_____
HONORABLE JAMES E. BOASBERG
United States District Court Chief Judge